# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN MURPHY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-10-930-F ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Bana Roberts issued a Report and Recommendation on May 4, 2011 (doc. no. 18), wherein she recommended that defendant's final decision denying plaintiff's application for disability insurance benefits under the Social Security Act be affirmed.

Upon request of plaintiff, the court granted plaintiff until May 31, 2011 to file any objections to the Report and Recommendation. *See*, order, doc. no. 20. On May 30, 2011, plaintiff filed a pleading stating that after further review of the Report and Recommendation, plaintiff has no objections to the Report and Recommendation. *See*, doc. no. 21.

With no objections to the Report and Recommendation being filed, the court accepts and adopts the Report and Recommendation of Magistrate Judge Roberts in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Bana Roberts on May 4, 2011 (doc. no. 18) is **ACCEPTED** and **ADOPTED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security

Administration, denying plaintiff, Kathleen Murphy's application for disability insurance benefits under the Social Security Act is **AFFIRMED**.

DATED May 31, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0930p003.wpd